FILED

06/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0166

IN THE MONTANA SUPREME COURT

|  |  |
|---|---|
| | Cause No. DA-22-0166 |
| ) | |
| IISTATEOFMONTANA, ) | |
| ) | ORDER FOR MOTION FOR 30 DAY |
| Petitioner and Appellee ) | EXTENSION TO FILE OPENING |
| ) | BRIEF |
| ) | |
| and ) | |
| ) | |
| DAKOTA SCHLICHENMEYER, ) | |
| ) | |
| Respondent and Appellant } | |

Upon review of Respondent's Motion for 30-day Extension for Filing Response Brief, and good cause therefrom:

It is Hereby ORDERED the Respondent's Extension for time to file Response Brief is Granted. Respondent/Appellant shall have an additional 30 days to file the Opening Brief in this case.

DATED this ___ day of June 2022.

_____
Supreme Court Justice

cc: Jami Rebsom
    Rebecca Swandal

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 3 2022